IN AND FOR THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 11-20639-CV-JLK

PETER ANTON, an individual

    Plaintiff,

v.

WILHELM J. GRUSDAT, individually,
and GALERIE TERMINUS GmbH, a
foreign corporation

    Defendants.
_____/

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS

THIS MATTER comes before the Court on Defendants' Amended Motion to Dismiss (DE #3), filed March 4, 2011. Therein, Defendants seek dismissal of Plaintiff's Complaint on the basis of its lack of specificity and failure to state a cause of action.[1]

Upon review of Plaintiff's Complaint (DE #1-2), the Court finds that Defendants' Motion must be denied. Plaintiff's Complaint, while perhaps lacking certain specificity as to its allegations regarding the underlying transaction between Plaintiff and Defendants, satisfies the requirements of notice pleading.

Accordingly, having considered the parties' filings and being otherwise advised, the Court **ORDERS, ADJUDGES,** and **DECREES** that:

    1.    Defendants' Motion to Dismiss (DE #3) be, and the same is hereby, **DENIED**.

---

[1] Plaintiff responded (DE #5) on March 14, 2011, to which Defendants filed a Reply (DE #6) on March 23, 2011. As such, the underlying Motion to Dismiss is for determination.

2. Defendants shall **ANSWER within twenty days** of the date of this Order Plaintiff's Complaint.

**DONE** and **ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida on this 1st day of April, 2011.

                                          /s/ James Lawrence King
                                          JAMES LAWRENCE KING
                                          UNITED STATES DISTRICT COURT

cc:

**Counsel for Plaintiff**
**Allan Stuart Reiss**
Levine & Partners
1110 Brickell Avenue
7th Floor
Miami, FL 33131
305-372-1350
Fax: 372-1352
Email: asr@levinelawfirm.com

**Counsel for Defendants**
**Ronald Seth Nisonson**
Ward, Damon, Posner, Pheterson & Bleau, PL
4420 Beacon Circle
West PalmBEach, FL 33407
561-842-3000
Fax: 561-842-3626
Email: nisonsonlaw@bellsouth.net